Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
Alexis M. Wood (SBN 270200)
alexis@consumersadvocates.com
Kas L. Gallucci (SBN 288709)
kas@consumersadvocates.com
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, California 92103
(619) 696-9006 Telephone
(619) 564-6665 Facsimile

*Attorneys for Plaintiffs and the Class*

Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
**CARLSON & MESSER LLP**
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

*Attorneys for Defendant*
*EDUCATIONAL CREDIT MANAGEMENT CORPORATION*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A J REYES and BEHESHTA MAHBOOB, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>Defendant. | MISC. CASE NO.<br><br>[Underlying Case No. 3:15-cv-00628-BAS-AGS, pending in the Southern District of California]<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION TESTIMONY**<br><br>Date:  TBD<br>Time:  TBD<br>Judge:  TBD<br><br>Discovery Cutoff Date:  None<br>Pretrial Conference Date:  None<br>Trial Date:  None |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff AJ Reyes and Beheshta Mahboob will, and hereby do, move for an order granting Plaintiffs' Motion to Compel the deposition testimony from counsel for Defendant Educational Credit Management Corporation ("ECMC"), David J. Kaminski.

The Motion will be based on this Notice of Motion and Motion, the Joint Stipulation pursuant to Local Rule 37-1, the Declaration of Alexis M. Wood and supporting Exhibits and the Declaration of David Kaminski, each filed herewith, all of the files and records of the Underlying Case No. 3:15-cv-00628-BAS-AGS, pending in the Southern District of California, and on any additional material that may be elicited at any hearing of this Motion.

DATED: February 4, 2020            Respectfully submitted,

*/s/ Alexis M. Wood*
By: Alexis M. Wood
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ALEXIS WOOD
KAS GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICES OF DANIEL G. SHAY**
DANIEL SHAY (SBN 250548)
*DanielShay@TCPAFDCPA.com*
409 Camino Del Rio South, Suite 101B
San Diego, California 92108
Telephone: (619) 222-7429
Facsimile: (619) 431-3292

1

*Reyes v. Educational Credit Management Corp.*, No. 15cv628
NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES

| | |
|---|---|
| 1 | *Attorneys for Plaintiff and the Proposed Clas* |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

*Reyes v. Educational Credit Management Corp.*, No. 15cv628
NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES