1  Ronald A. Marron (SBN 175650)
   ron@consumersadvocates.com
2  Alexis M. Wood (SBN 270200)
   alexis@consumersadvocates.com
3  Kas L. Gallucci (SBN 288709)
   kas@consumersadvocates.com
4  **LAW OFFICES OF RONALD A. MARRON**
   651 Arroyo Drive
5  San Diego, California 92103
   (619) 696-9006 Telephone
6  (619) 564-6665 Facsimile

*Attorneys for Plaintiffs and the Class*

7  Charles R. Messer (SBN 101094)
   messerc@cmtlaw.com
8  David J. Kaminski (SBN 128509)
   kaminskid@cmtlaw.com
9  Martin Schannong (SBN 243297)
   schannongm@cmtlaw.com
10 **CARLSON & MESSER LLP**
   5901 West Century Boulevard, Suite 1200
11 Los Angeles, California 90045
   (310) 242-2200 Telephone
12 (310) 242-2222 Facsimile

*Attorneys for Defendant*
*EDUCATIONAL CREDIT MANAGEMENT CORPORATION*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A J REYES and BEHESHTA MAHBOOB, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>Defendant. | MISC. CASE NO. 2:20-mc-00012-JAK-AGR<br><br>[Underlying Case No. 3:15-cv-00628-BAS-AGS, pending in the Southern District of California]<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs AJ Reyes and Beheshta Mahboob (collectively "Plaintiffs") through their counsel of record Kas L. Gallucci of the Law Offices of Ronald A. Marron, and Defendant Educational Credit Management Corporation ("Defendant"), through its counsel of record, Martin Schannong of Carlson & Messer LLP, hereby file this Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Accordingly, the Parties stipulate that this miscellaneous action shall be dismissed WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Each party to bear their own costs and fees.

DATED: February 19, 2020     LAW OFFICES OF RONALD A. MARRON

                             By:   *s/ Kas L. Gallucci*
                                   Ronald A. Marron
                                   Alexis M. Wood
                                   Kas L. Gallucci
                                   Attorneys for Plaintiffs and the Class

DATED: February 19, 2020     CARLSON & MESSER LLP

                             By:   *s/ Martin Schannong*
                                   Charles R. Messer
                                   David J. Kaminski
                                   Martin Schannong
                                   Attorneys for Defendant
                                   EDUCATIONAL CREDIT MANAGEMENT CORPORATION

1

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Defendant's counsel, and that I have obtained Defendant's counsel's authorization to affix the electronic signatures to this document.

DATED: February 19, 2020    LAW OFFICES OF RONALD A. MARRON

By:   *s/ Kas L. Gallucci*
Ronald A. Marron
Alexis M. Wood
Kas L. Gallucci
Attorneys for Plaintiffs and the Class

2

*Reyes v. Educational Credit Management Corp.*, No. 2:20-mc-00012-JAK-AGR
STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2020, a true and correct copy of the foregoing STIPULATION FOR DISMISSAL was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

kaminskid@cmtlaw.com
SchannongM@cmtlaw.com
alexis@consumersadvocates.com
kas@consumersadvocates.com
ron@consumersadvocates.com
DanielShay@TCPAFDCPA.com

DATED: February 19, 2020      LAW OFFICES OF RONALD A. MARRON

By:   *s/ Kas L. Gallucci*
Ronald A. Marron
Alexis M. Wood
Kas L. Gallucci
Attorneys for Plaintiffs and the Class

---

1

*Reyes v. Educational Credit Management Corp.*, No. 2:20-mc-00012-JAK-AGR
STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)