JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

2/20/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJ REYES and BEHESHTA MAHBOOB, on behalf of themselves, and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>　　　　Defendant. | CASE NO. 2:20-mc-00012-JAK-AGR<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

　　Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed in its entirety, without prejudice. Each party shall bear its own costs and fees.

　　IT IS SO ORDERED.

DATED: February 20, 2020

　　　　　　　　　　　　　　　　　　　*/s/ John A. Kronstadt*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT